# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD JOHNSTON,

    Plaintiff

v.

DR. MARTIN NAUGHTON,

    Defendant

Case No.: 3:22-cv-0080-MMD-CSD

**Order**

Re: ECF No. 12

On March 3, 2022, the court gave the Attorney General's Office 14 days to advise the court whether it would enter a limited notice of appearance on behalf of Defendant for the purpose of responding to Plaintiff's motion for preliminary injunction. If the Attorney General's Office entered a limited notice of appearance, it was also to file a response to the motion for preliminary injunction within 14 days of the March 3, 2022 order. Plaintiff was given seven days from the date the response was filed to file a reply brief. (ECF No. 10.)

On March 15, 2022, the Attorney General's Office filed a limited notice of appearance for the purpose of conducting settlement discussions and responding to Plaintiff's motion for preliminary injunction (ECF No. 11); however, no response has been filed to the motion for preliminary injunction.

On March 28, 2022, Plaintiff filed a motion for an extension of time, until April 24, 2022, to file a reply in support of his motion for preliminary injunction, noting that he had not yet been served with a response. (ECF No. 12.)

Defendant has until **April 8, 2022**, to file a response to Plaintiff's motion for preliminary injunction. Defendant is cautioned that a failure to timely file a response may be construed as consent to granting the motion under Local Rule 7-2(d).

Plaintiff points out that the response will likely contain his medical records, which he will need sufficient time to review to file his reply. Plaintiff's motion for an extension of time to file his reply brief (ECF No. 12) is **GRANTED.** Plaintiff has up to and including **April 24, 2022** to file his reply brief.

**IT IS SO ORDERED**.

Dated: March 29, 2022

_____
Craig S. Denney
United States Magistrate Judge