# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>              Plaintiff,<br><br>   v.<br><br>DR. MARTIN NAUGHTON,<br><br>              Defendant. | 3:22-cv-00080-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 18 |

Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 18). Plaintiff requests an additional thirty (30) days, to and including May 24, 2022, in which to file and serve his reply to Defendant's opposition to Plaintiff's motion for preliminary injunction.

Good cause appearing, Plaintiff's Motion for Enlargement of Time (ECF No. 18) is **GRANTED**. Plaintiff shall have to and including **May 24, 2022**, in which to file and serve his reply to Defendant's opposition to Plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED.**

DATED: April 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE