# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>DR. MARTIN NAUGHTON,<br><br>　　　　　　　　　Defendant. | 3:22-cv-00080-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 46 |

Before the court is Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave to File an Amended Motion for Preliminary Injunction (ECF No. 46).

Good cause appearing, Plaintiff's Motion to Withdraw (ECF No. 46) is **GRANTED**. Plaintiff's Motion for Leave to File an Amended Motion for Preliminary Injunction (ECF No. 37) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: August 30, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1