UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD JOHNSTON,

    Plaintiff

v.

DR. MARTIN NAUGHTON,

    Defendant

Case No.: 3:22-cv-00080-MMD-CSD

**Order**

Re: ECF No. 50

Plaintiff filed a motion asking the court to amend the order at ECF No. 34 and order Defendant to provide a status update regarding Plaintiff's spinal cord stimulator. (ECF No. 50.)

Defendant filed a response which does provide an update regarding Plaintiff's spinal cord stimulator trial. (ECF Nos. 52, 54-1.) Plaintiff saw the in-house cardiologist, who has recommended that Plaintiff see Dr. Ichino at Renown. Once this request is approved by the Utilization Review Panel (URP), Johnston will be scheduled to see Dr. Ichino. This is apparently required for Plaintiff to receive clearance to undergo placement of the spinal cord stimulator.

In light of this information, Plaintiff's motion (ECF No. 50) is **DENIED AS MOOT.** However, on or before **October 21, 2022**, Defendant shall file an additional status update advising Plaintiff and the court regarding the status of Plaintiff's appointment with Dr. Ichino and any update regarding placement of the spinal cord stimulator.

**IT IS SO ORDERED**.

Dated: September 26, 2022

_____
Craig S. Denney
United States Magistrate Judge