UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD JOHNSTON,

                    Plaintiff,

v.

DR. MARTIN NAUGHTON,

                    Defendant.

3:22-cv-00080-MMD-CSD

**ORDER**

Re: ECF No. 69

       Before the court is Plaintiff's Motion for Enlargement of Time to Complete Discovery (ECF No. 69). Defendant has opposed the motion (ECF No. 70) and Plaintiff has replied (ECF No. 75).

       Plaintiff requests an extension to December 17, 2022, in which to file amended pleadings, and an extension of sixty (60) days to complete discovery. Plaintiff claims that he will not have sufficient time to review Defendant's responses to his discovery requests in time to meet the deadline of October 17, 2022, to amend his complaint.

       Defendant states in his opposition that Plaintiff was given over a thousand pages of medical records among other documents in Defendant's initial disclosures that could have been used to amend Plaintiff's complaint, if necessary. (ECF No. 70 at 2.)

       Plaintiff has not demonstrated good cause to extend the discovery deadline. Defendant's responses to Plaintiff's discovery requests were not even due when Plaintiff filed his motion.

Additionally, Plaintiff should have received Defendant's responses by now. Plaintiff will have plenty of time to conduct any remaining discovery as the current deadline is February 13, 2023.

As for the deadline to amend, Plaintiff be given an extension to and including December 2, 2022, to file a motion and proposed amended complaint, if necessary. This will give Plaintiff sufficient time to review Defendant's discovery responses and determine whether he needs to amend his complaint.

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No. 69) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, December 2, 2022**, to file a motion and proposed amended complaint.

DATED: November 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE